IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00333-CR

No.
10-04-00334-CR

No.
10-03-00335-CR

 

Carlos Lopez,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 82nd District Court

Robertson County, Texas

Trial Court # 94-06-15,591-CR

Trial
Court # 94-06-15,592-CR

Trial
Court # 94-06-15,593-CR

 



MEMORANDUM 
Opinion



 








          Carlos
Lopez filed notices withdrawing his appeals from his three aggravated assault
convictions.  See Tex. R. App. P.
42.2(a).

          These
appeals are dismissed.

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

Before Chief Justice
Gray,

          Justice Vance, and

          Justice Reyna

Appeals dismissed

Opinion delivered and
filed March 16, 2005

Do not publish

[CRPM]